UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
JAN 3 0 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>MARIO SOTELO-AYALA,<br><br>　　　　　　　　Defendant. | CASE NO. 13-cr-04276-JLS<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**x**　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___　the Court has dismissed the case for unnecessary delay; or

___　the Court has granted the motion of the Government for dismissal, without prejudice; or

___　the Court has granted the motion of the defendant for a judgment of acquittal; or

___　a jury has been waived, and the Court has found the defendant not guilty; or

___　the jury has returned its verdict, finding the defendant not guilty;

**X**　of the offense(s) as charged in the Indictment/Information:

　　8:1326(a) and (b) - Removed Alien Found in the United States (1)

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 1/30/14

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　David H. Bartick
　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge